UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JENNIFER NEW, | ) | CASE NO. 2:23-CV-4084 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES L. GRAHAM |
| | ) | |
| Vs. | ) | |
| | ) | |
| JOLLY PIRATE ENTERPRISES, INC., | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the plaintiff, by and through counsel, and hereby submit this Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). Pursuant to the Rule, Plaintiff now desires the dismissal of all claims against Defendant without prejudice.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Jennifer New